**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 0 8 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
_15 - 6003_ **DIVISION**

*DAGAN VANDA CAREN TURNER*
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. _#47476_

V.                    CASE NO. _15-6003_

*LARRY SANDERS (SHERIFF)*
*DONALD ANSLEY (Sgt. / SHIFT SUPERVISOR)*
*MICHELLE REEVES (SHERIFFS DEPT. NURSE)*
(Enter above the <u>full</u> name of the defendant,
or defendants, in this action.)

I.    **Previous Lawsuits**

    A.    **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

        Yes _____        No _✓___

    B.    **If your answer to A is yes, describe each lawsuit in the space below including the <u>exact plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

        1.    **Parties to this lawsuit**

            Plaintiffs: _N/A_____

            _____

            Defendants: _____

            _____

**(Revised July 2014)**

-1-

2. Court (if federal court, name the district; if state, name the county):

_____

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: *GARLAND CO. DETENTION CENTER / HOT SPRINGS, AR.*

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes ✓   No _____

If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and approximate date it was presented.

> *ENCLOSED* ← *log # 14-12-0666*

_____

C. If your answer is NO, explain why not: *N/A*

_____

_____

-2-

## IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Your Full Name: _DALGANO VARDA GAVELO TURNER_

Address: _525 OUACHITA AVE._

_HOT SPRINGS, AR. 71901_

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

### 1. Defendant #1

Full Name: _LARRY SANDERS_

Position: _SHERIFF LARRY SANDERS_

Place of Employment: _GARLAND Co. SHERIFFS DEPT._

Address: _525 OUACHITA AVE._

_HOT SPRINGS, AR. 71901_

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_NEGLECT & DELIBERATE INDIFFERENCE_

Are you suing Defendant #1 in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

-3-

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

BEING THE SENIOR SUPERVISOR HE NEGLECTED HIS DUTY TO ENSURE MY SAFETY & WELL BEING, & DELIQUENT IN HIS DUTY BY NOT APPOINTING SUPERVISORS THAT ARE CAPABLE OF CARRING OUT THEIR DUTIES PROPERLY.

**2. Defendant #2**

Full Name: DONALD AUSLEY

Position: Sgt. / SHIFT SUPERVISOR @ S.O.

Place of Employment: GARLAND CO. SHERIFFS DEPT.

Address: 525 OUACHITA AVE.

HOT SPRINGS, AR. 71901

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

NEGLECTING HIS DUTIES &

-4-

_BEING DELIBERATELY INDIFFERENT._

---

**Are you suing Defendant #2 in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__✓__ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_NEGLECTFUL IN HIS DUTIES AS SHIFT SUPERVISOR BY NOT SEEKING / PROVIDING IMMED-IATE MEDICAL ATTENTION FOR MYSELF, THEREBY CAUSING MY FINGER TO BE AMPUTATED DUE TO HIS DELIBERATE INDIFFRENCE TO SAME._

---

**3. Defendant #3**

**Full Name:** _MICHELLE REEVES_

**Position:** _NURSE_

**Place of Employment:** _GARLAND CO. SHERIFF'S DEPARTMENT_

-5-

**Address:** _525 OUACHITA AVE._
_HOT SPRINGS, AR. 71901_

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_NEGLECTING HER DUTIES AS A_
_HEALTH CARE PROFESSIONAL, &_
_BEING DELIBERATE INDIFFERENT_
_TO SAME._

**Are you suing Defendant #3 in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

__✓__ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_BEING DELIBERATELY INDIFF-_
_RENT / NEGLECTING THE_
_FACT THAT I NEEDED IMMED-_
_IATE MEDICAL ATTENTION,_
_THEREBY CAUSING THE AMPUT-_
_ATION OF MY RIGHT INDEX_
_DIGIT / FINGER._

-6-

**4. Defendant #4**

Full Name: ~~Dr.~~ Doctor Kevin Hale

Position: Attending Physician

Place of Employment: Garland Co. Sheriffs Dept.

Address: 525 Ouachita Ave. Hot Springs, AR
71901 / Usually Thursday @ 14:30 Hrs.

Briefly describe the act(s) or omission(s) of this Defendant who you claim
harmed you.

_____

_____

_____

**Are you suing Defendant #4 in his or her: (check the appropriate blank)**

____ official capacity only (An official capacity claim is the same as suing the
governmental entity this Defendant works for and requires proof that a
custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to
hold an individual liable for his own actions taken in the course of his
duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or
policy that you believe caused the violation of your constitutional rights.**

Deliberate Indifference to my
Medical Needs.

_____

_____

_____

_____

_____

_____

_____

**5. Defendant #5**

**Full Name:** _N/A_____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____

_____

_____

**Are you suing Defendant #5 in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

_____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

-8-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**6. Defendant #6**

**Full Name:** _N/A_____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_____

_____

_____

Are you suing Defendant #6 in his or her: (check the appropriate blank)

_____  official capacity only (An official capacity claim is the same as suing the governmental entity and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.   At the time of the alleged incident(s), were you:
        (check the appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges
_____ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _INITAL ARREST_____

_____

Please provide the date of your conviction or probation or parole revocation:

_N/A_____

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

UPON THE BOOKING PROCESS, I TOLD THE DEPUTY THAT MY FINGER NEEDED IMMEDIATE MEDICAL ATTENTION. THE DEPUTY LOGED IT IN THE MEDICAL QUESTIONAIRE YET NO ACTION WAS TAKEN UNTIL APROX. 3 WEEKS LATER, WHICH BY THEN MRSA HAD SET-IN n MY FINGER HAD TO BE AMPUTATED.

I'M CITING THE RESPONDENTS, DEFENDANTS ACTED WITH DELIB-ERATE INDIFFERENCE AS THEY KNEW I NEEDED MEDICAL ATT-ENTION YET DID NOTHING @ ALL.

## VII. Relief

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

-11-

_____ **Punitive damages** (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

**State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.**

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

Executed this _23_ day of _DECEMBER_, 20_14_.

_DAGAN VANDA GAVER TURNER_
**Printed Name of Plaintiff**

_X Dagan G.J._
**Signature of Plaintiff**

*LLC* 12-29-14

# MEDICAL COMPLAINT

INMATE NAME TURNER, DAGAN         DATE 12-29-14

CELL BLOCK 1-D-107         DATE OF BIRTH 2-8-71

DATE OF PROBLEM   4-14-14 TO PRESENT

TYPE OF PROBLEM This is complaint #2 concerning my Hernia I suffered on 4-14-14 while in custody. I NEED TO SEE A DOCTOR as I'AM IN PAIN & FEAR FOR LIFE!!

---

Officer picking up complaint Deputy J. Allen         Date / Time 12-29-14 / 1500

Did officer verify complaint? YES_____ NO  X

---

Did officer give medication to take care of complaint? NO____ If so, what?_____

Does officer, in his judgement, feel that inmate needs to be seen by doctor_____ dentist_____?

If yes, why? Mr Turner, You were not incarcerated 4-14-14. You should have seen a doctor on the outside. Now if you are starting to experience issues I can

Shift Supervisor set you up to see the doctor when he comes next if you would like ————————— M. Reeves

Supervisor's Signature _____         Date / Time Received 12-29-14

---

NOTES_____
This is first complaint I have received about this issue. ——
M. Reeves
12-29-14

## MEDICAL COMPLAINT

INMATE NAME TURNER, DAGAN           DATE 12-29-14

CELL BLOCK 1-D-107           DATE OF BIRTH 2-8-71

DATE OF PROBLEM 4-13-14 TO Present

TYPE OF PROBLEM ON 12-23-14 Deputy Horne took first complaint @ 2:00 p.m. why are you being so difficult to my Health & well being? Because of you I have Already lost finger

Officer picking up complaint Deputy J. Allen           Date / Time 12-29-14 / 1817

Did officer verify complaint? YES_____ NO X

---

Did officer give medication to take care of complaint? NO     If so, what?_____

Does officer, in his judgement, feel that inmate needs to be seen by doctor_____ dentist_____?

If yes, why? Mr. Turner, You were seen in ER on 4-12-14 - released on bond 4-13-14, You are responsible for your medical when you were released. As I explained to you I

Shift Supervisor have put you on the doctor list to see him when he comes.

— M. Secrist

Supervisor's Signature_____ Date / Time Received 12-30-14

NOTES_____




GARLAND COUNTY
SHERIFF'S OFFICE
Detention Center

# INMATE GRIEVANCE FORM

Disposition: _Not Valid_

Grievance Log #_14-12-06C_

Forwarded to the Shift Commander? (Check One) Yes _____ No _____
Forwarded to the Security Director? (Check One) Yes _____ No _____

Response: _____

_____

_____

_____

_____

Responders Name: _____  Date & Time: _____

## (This Section for Appeals ONLY)

Appeal: I re-submitted my Grievance and upon
getting it Back so that I can start my appeal
process it states "Not Valid" from
Lt. Ansley. I thought the Grievance coordinator
was the only process for all Grievances & Appeals? Could you
please "process" one of my Grievances so that
I can Exhaust my inst. remidies.

Inmate Signature: _Dagen D. Turner_  Date: _12-24-14_

Security Director Response: _Mr. Turner,_
_This whole process has been exhausted, We have provided_
_answers to each & everyone of your grievances & appeals._
_Nothing has changed, Mr. Turner._

_____

_____

Security Director
Signature: _Cpt. R. Braustetter_  Date: _1-2-15_


GARLAND COUNTY
SHERIFF'S OFFICE
-Detention Center

# INMATE GRIEVANCE FORM

*Appeal* 064

Disposition: _Not Valid_

Grievance Log # _14-12-064_

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: _____ |
|---|---|
| Date: 12-24-14 | Grievance: _____ Appeal: ✗ (On Back) |

**Problem:**

_____

_____

_____

_____

_____

Inmate Signature: Dagan G. T _____ Identification # 474716 @

Completed by: DAGAN TURNE Date: 12-24-14 Time: 12:01 p.m.

**(Staff use only)**
**Response:**

_Appeal G# 14-12-064_

_____

_____

_____

_____

Name of Responder: _____    Date of Response: _____

Inmate Notified: Date: _____   Time: _____   How: _____



## INMATE GRIEVANCE FORM

Disposition: _Not Valid_     Grievance Log # _15-01-005_

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-D-107 |
|---|---|
| Date: 1-1-15 | Grievance: X     Appeal: _____ (On Back) |

**Problem:**

OS 3

> SEE ATTACHED <

Inmate Signature: _Dagan S. T___     Identification # _47476_

Completed by: _Dagan Turner_ Date: _1-1-15_ Time: _4:00 p.m._

**(Staff use only)**
**Response:**

Mr. Turner,
This has been addressed. Your medication is being dispensed
as directed.

Name of Responder: _Cpt. R. Braustitter_     Date of Response: _1-2-2015_

Inmate Notified: Date: _____ Time: _____ How: _____




# INMATE GRIEVANCE FORM

Disposition:_____          Grievance Log #_____

Forwarded to the Shift Commander?   (Check One)   Yes _____   No _____
Forwarded to the Security Director?   (Check One)   Yes _____   No _____

Response: _____

_____

_____

_____

_____

Responders Name: _____   Date & Time: _____

## (This Section for Appeals ONLY)

Appeal: _____

_____

_____

_____

_____

_____

_____

Inmate Signature: _____   Date: _____

Security Director Response: _____

_____

_____

_____

_____

_____

Security Director
   Signature: _____   Date: _____

 

## INMATE GRIEVANCE FORM

Disposition: Partially Valid

Grievance Log # 14-12-080

Forwarded to the Shift Commander? (Check One) Yes _____ No _____
Forwarded to the Security Director? (Check One) Yes _____ No _____

Response: _____

_____

_____

_____

_____

| Responders Name: _____ | Date & Time: _____ |
|---|---|

### (This Section for Appeals ONLY)

Appeal: I still have not recieved any of my pain medication that has been "missing". As I write this Appeal I have terrible pains in my finger, why Am I being subjected to this pain & suffering. I have broken NO Rules yet I Am being treated with "DELIBERATE INDIFFERENCE" concerning my MEDICAL HEALTH & well being.

Inmate Signature: _____ Date: 12-30-14

Security Director Response: Mr. Turner,
Your pain medication was found and will be dispensed to you when requested. The nurse has responded to you in reference to this subjeet as well.

_____

_____

Security Director
Signature: Cpt. R. Brautstetter          Date: 12-31-14



GARLAND COUNTY
**SHERIFF'S OFFICE**
Detention Center

## INMATE GRIEVANCE FORM

Appeal

Disposition: Partially Valid

Grievance Log # 14-12-08C

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1 - D - 107 |
|---|---|
| Date: 12-30-14 | Grievance: _____ Appeal: ☒ (On Back) |

Problem:

_____

_____

_____

_____

_____

Inmate Signature: Dagan D. T_____ Identification # 47476

Completed by: DAGAN TURNER Date: 12-30-14 Time: 12:00 P.M.

(Staff use only)
Response:

_____

_____

_____

_____

_____

_____

Name of Responder: _____ Date of Response: _____

Inmate Notified: Date: _____ Time: _____ How: _____



10⌐2    ⇒ SEE ATTACHED ⟵

## INMATE GRIEVANCE FORM

Disposition: **Partially Valid**

Grievance Log # **1412-080**

GARLAND COUNTY
**SHERIFF'S OFFICE**
Detention Center

| Inmate Name: TURNER, Dagan | Cell/Bunk Number: 1-D-107 |
|---|---|
| Date: 2-29-14 | Grievance: X    Appeal: _____ (On Back) |

**Problem:** Improper Distribution of Medication. ON 12-28-14 @ 4:00 p.m. & 9:00 p.m. I REFUSED my pain meds Norco 10mg. (Narcotic) Rx States "AS NEEDED" ON 12-29-14 @ 9:00 A.M. I recieved meds. yet @ 1:00 p.m. I was told my meds "Norco 10mg" were out. OBVIOUSLY SOMEONE has been

Inmate Signature: _Dagan L. T_    Identification # 47476

Completed by: _Dagan Turner_    Date: 2-29-14    Time: 4:40 p.m.

**(Staff use only)**
Response: See Attached

| Name of Responder: _____ | Date of Response: _____ |
|---|---|
| Inmate Notified: Date: _____ Time: _____ How: _____ |

12-29-14

14-12-080 #2

stealing my medication (NARCOTIC).
I HAVE BEEN SUBJECTED to UNDUE
NEGLECT & POOR Quality of HEALTH CARE
Since I had my finger AMPUTATED.
Due to Doubts about the timeliness
of inmate HEALTH CARE AND improper
Distribution of medication I WOULD
ASK that "THE POWERS THAT BE"
WOULD look into this mATTER
A.S.A.P.. I hAVE REFUSED my pain
MEDS so that when my finger is
@ its highest level of pain I would
hAVE MEDS to ELEViATE the pain.
PLEASE compare my pain scripts
against medical medicine Distribution
charts and I can guarantee that
THERE IS A Discrepancy Showing
that my NORCO 10 mg. (NARCOTIC) ha'
been mishandled & in fact stolen.

Respectfully Submitted

Dazau G. J.



# INMATE GRIEVANCE FORM

Disposition: _____

Grievance Log # 14-12-080#

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-D-107 |
|---|---|
| Date: 12-29-14 | Grievance: X    Appeal: _____ (On Back) |

Problem: @ 1:00 pill call MY NAME WAS not called
FOR MEDS, I KNOCKED ON 1-D-1 CELLBLOCK
DOOR FOR 5-10 min YET NO ONE Came to
ASSIST mE. I Should have mEDication DUE to
mE REFUSING my lAST two pills lAST
night on 12-28-14.

Inmate Signature: Dagan Grd    Identification # 47476

Completed by: Dagan Turner    Date: 12-29-14    Time: @ 1:10 p.M.

**(Staff use only)**
Response:

_____

_____

_____

_____

_____

_____

_____

| Name of Responder: _____ | Date of Response: _____ |
|---|---|
| Inmate Notified: Date: _____ Time: _____ | How: _____ |

1-1-15

RE: DAGAN TURNER
SUBJECT: I/M GRIEVANCE / MEDICAL

On 12-29-14 I filed A grievance concerning the subject of my medication missing. 10 mg. Norco (Narcotic). THE next day I WAS told that my medication WAS "RECOVERED AS of that Day my RX hAS BEEN ALTERED from ½-2 10 mg. Norco EVERY 4 HRS. OR AS NEEDED, TO AS NEEDED ONLY UPON REQUEST. per M. REEVES.

M. REEVES IS NOT LICENSED to ALTER, change, nor stop the RX from a LICENSED DOCTOR of who is RESPONSIBLE for my pain medication in the first place. ON 1-1-15 @ 9:00 A.M. I requested my pain medication (DEPUTY HORNE) told his next in command that I NEEDED my pain medication. TO NO AVAIL...
On 1-1-15 @ 1:00 pm I ASKED for my pain medication from DEPUTY HENDRIX who in turn told CPL. BROWN that I had asked to RECIEVE my "pain" medication

LAGAN TURNER                                    1-1-15
SUBJECT: I/m GRIEVANCE / MEDICAL

I MYSELF ASKED Cpl. Brown
to please Bring me my pain
MEDICATION. TO NO AVAIL...
I'AM IN pain & I'AM suffering
DUE to my MEDICATION being
altered, and changed by
M. REEVES, I know Deputies
can only DO So much to help
Those IN NEED of MEDICAL
HELP yet this is An ongoing
problem that I SEEM to be
treated with "DELiberATE INDIFF-
ERNCE" SINCE my inital GRIEVANCE
ON 12-7-14. I'AM grieving the
fact THAT M. REEVES IS NOT
allowed to AlTER OR change
an RX tHat A LicensED DocTOR
HAS AIREADY WRITTEN.
    THANK you VERY much.

            RESPEctfully SUBMiTTED,

            Dagan G. T
                #47476




# Detention Center

To: Turner, Dagan

From: Sergeant A. Mann 115

Date: December 30, 2014

**Subject: Grievance Log #14-12-080**          **Disposition: Partially Valid**

Inmate Turner,

Your Grievance was determined **Partially Valid** for the following reason(s):

   I. Your medications were recovered, and are available to you as needed.

   If you have any further questions, feel free to inquire.

Regards,

_115_

Sergeant A. Mann 115

MC 12-29-14

## INMATE REQUEST

☐ JUVENILE DETENTION CENTER        ☒ ADULT DETENTION CENTER

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.*

| | | |
|---|---|---|
| ☐ **Chief Deputy of Corrections**<br>Jefe Adjunto de Prisiones | | ☐ **Property**<br>Propiedad |
| ☐ **Captain**<br>Capitán | ☐ **Reading Library**<br>Biblioteca para lectura | ☐ **Court Information**<br>Información de la corte |
| ☐ **Chaplain**<br>Capellán | ☐ **Notary Service**<br>Servicio de Notario | ☐ **Visitation**<br>Visitas |
| ☒ **Other** RECORDS<br>Otro | ☐ **Commissary**<br>Comisario | |

**Name (Print):** TURNER, DAGAN          **Date of Birth:** 2-8-71
Nombre (Letra de molde)                    Fecha de Nacimiento

**Date:** 12-24-14          **Housing Unit:** 1-D-107
Fecha                        Unidad de Vivienda

**State the reason for submitting this request:**
Explique la razón porque presenta esta solicitud: WOULD YOU PLEASE SEND TO
ME COPIES of any and all paper-
work concerning my visit to WALK-
IN Clinic ON Central St. HOT Springs, AR.
from OCT 2014 TO DEC 24, 2014.
THANK YOU VERY MUCH.

Dep. Jones                    366    Dep. Jones    12-25-14
**Request received by (Print)**    **Badge Number**    **Signature**    **Date**

**Official Response:**
Respuesta Oficial: Mr. Turner, Your attorney will have
to request those records from the
clinic. I do not have all records.
M. Reeves
12-29-14

| | | | |
|---|---|---|---|
| **Official's Name (Print)** | **Badge Number** | **Official's Signature** | **Date** |

 GARLAND COUNTY
**SHERIFF'S OFFICE**
*DETENTION DIVISION*



# INMATE REQUEST

☐ JUVENILE DETENTION CENTER          ☒ ADULT DETENTION CENTER

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.*

| | | |
|---|---|---|
| ☐ **Chief Deputy of Corrections**<br>Jefe Adjunto de Prisiones | | ☐ **Property**<br>Propiedad |
| ☐ **Captain**<br>Capitán | ☐ **Reading Library**<br>Biblioteca para lectura | ☐ **Court Information**<br>Información de la corte |
| ☐ **Chaplain**<br>Capellán | ☐ **Notary Service**<br>Servicio de Notario | ☐ **Visitation**<br>Visitas |
| ☒ **Other** RECORDS<br>Otro BOOKING | ☐ **Commissary**<br>Comisario | |

Name (Print): TURNER, Dagan
Nombre (Letra de molde)

Date of Birth: 2-8-71
Fecha de Nacimiento

Date: 12-29-14
Fecha

Housing Unit: 1-D-107
Unidad de Vivienda

State the reason for submitting this request:
Explique la razón porque presenta esta solicitud: WOULD YOU PLEASE SEND
TO ME THE EXACT DATE THAT I
WAS Incarcerated. Thank you.

Deputy J. Allen
Request received by (Print)

363
Badge Number

Signature

12-29-14
Date

**Official Response:**
Respuesta Oficial: 10/8/2014

Deputy Steel
Official's Name (Print)

356
Badge Number

Deputy Steel
Official's Signature

12-29-14
Date





# Detention Center

To: Turner, Dagan

From: Sergeant A. Mann 115

Date: December 24, 2014

**Subject: Grievance Log #14-12-064**          **Disposition: Partially Valid**

Inmate Turner,

Your Grievance was determined **Partially Valid** for the following reason(s):

I. All Grievances and Appeals have to be processed by the Grievance Coordinator, and un-
fortunately I was off most of last week, and was unable to sustainably process all Griev-
ances and Appeals that were previously submitted.

II. I declined to process your Appeal because it was not written by you, and you failed to have
the assisting person fill out the appropriate section of the form, (**Completed by** :).

I understand your circumstance, and understand it may be difficult to write. You can have
someone assist you; however, please ensure it is notated on the Grievance Form, in the appro-
priate section allotted.

If you have any further questions, feel free to inquire.

Regards,

*115*

Sergeant A. Mann 115



## INMATE REQUEST

☐ JUVENILE DETENTION CENTER          ☒ ADULT DETENTION CENTER

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.*

☒ **Chief Deputy of Corrections**          ☐ **Property**
Jefe Adjunto de Prisiones                        Propiedad

☐ **Captain**          ☐ **Reading Library**          ☐ **Court Information**
Capitán                       Biblioteca para lectura             Información de la corte

☐ **Chaplain**          ☐ **Notary Service**          ☐ **Visitation**
Capellán                      Servicio de Notario                    Visitas

☐ **Other**_____          ☐ **Commissary**
Otro                                          Comisario

Name (Print): TURNER, DAGAN           Date of Birth: 2-8-71
Nombre (Letra de molde)                          Fecha de Nacimiento

Date: 12-22-14           Housing Unit: 1-D-107
Fecha                                Unidad de Vivienda

**State the reason for submitting this request:**
Explique la razón porque presenta esta solicitud: Sir, I'm writing to you in hopes that you could please tell me why my appeal to grievance log # 14-12-020 has not been responded to and sent back to me. ON 12-12-14 (10) days ago Deputy Hendrix recieved from me my appeal and as of today have not recieved my appeal. Please look into this matter for I am trying to exhaust my institutional Remedies. Thank you.

Deputy J. Allen        363        [signature]        12-22-14
Request received by (Print)    Badge Number    Signature    Date

**Official Response:**
Respuesta Oficial: Responded and answered with Grievance 14-12-061

Also please Note: The revised Policy of the detention Centers Grievance and appeal Policy has changed

Appeals - response within 5 days Excluding holidays and weekends
Grievance - response within 10 days "

Sgt A Mann        115        [signature]        12-23-14
Official's Name (Print)    Badge Number    Official's Signature    Date



CARLAND COUNTY
**SHERIFF'S OFFICE**
*DETENTION DIVISION*



# INMATE REQUEST

☐ JUVENILE DETENTION CENTER          ☑ ADULT DETENTION CENTER

*\*Only one request allowed per form.  \*Solamente se permite una solicitud por formulario.*

---

☐ **Chief Deputy of Corrections**
Jefe Adjunto de Prisiones

☐ **Captain**
Capitán

☐ **Chaplain**
Capellán

☑ **Other** *BOOKKEEPER*
Otro  *1 OF 2*

☐ **Reading Library**
Biblioteca para lectura

☐ **Notary Service**
Servicio de Notario

☐ **Commissary**
Comisario

☐ **Property**
Propiedad

☐ **Court Information**
Información de la corte

☐ **Visitation**
Visitas

---

**Name (Print):** *DARAN TURNER*      **Date of Birth:** *02/09/71*
Nombre (Letra de molde)                Fecha de Nacimiento

**Date:** *12/09/14 @00:21*   **Housing Unit:** *# D 113*
Fecha                          Unidad de Vivienda

**State the reason for submitting this request:**
Explique la razón porque presenta esta solicitud:   *PLEASE FORWARD TO*

*BOOKKEEPING.*

*— THANK YOU*

---

*STONE*          *156*          *M. Stone*          *12-10-14*
**Request received by (Print)**   **Badge Number**   **Signature**   **Date**

**Official Response:**
Respuesta Oficial:   *Needs to be on correct form.*

---

**Official's Name (Print)**   **Badge Number**   **Official's Signature**   **Date**



# INMATE GRIEVANCE FORM

Disposition: _____

Grievance Log # **14-12-620**

| | |
|---|---|
| Inmate Name: DAGAN V. TURNER | Cell/Bunk Number: # A 101 |
| Date: 12/09/14  12.17:01 | Grievance: ✓  Appeal: (On Back) _____ |

**Problem:** 1 OR 4

SEE ATTACHMENT

Inmate Signature: Dagan T_____     Identification # # 47476

Completed by: Dagen Turner     Date: 12-8-14   Time: 10:00

**(Staff use only)**
Response: Mr. Turner, You recieved medical
treatment as soon as it was brought
to my attention. — M. Reeves
                                                    12-11-14

| | |
|---|---|
| Name of Responder: _____ | Date of Response: _____ |
| Inmate Notified: Date: _____ Time: _____ | How: _____ |

*Burk* NV

INMATE GRIEVANCE ATTACHMENT

TO: WHOM IT MAY CONCERN

RE: DEGAN VARDA CALEB TURNER / #47476

SUBJECT: MEDICAL / MRSA INFECTION

ON OR ABOUT 10/03/14, I WAS BOOKED INTO THE C.C.S.O. DETENTION CENTER. UPON THE INTAKE PROCESS, I WAS ASKED A SET OF MEDICAL QUESTIONS IN WHICH I INDICATED THAT I HAD AN INJURY TO MY HAND, WHICH WAS DOCUMENTED @ THAT TIME BY THE DEPUTY.

APPROXIMATELY 3 WEEKS LATER AN INFECTION SET IN & MY HAND GOT WORSE. I WROTE A MEDICAL COMPLAIMENT IN REGUARDS TO THE AFOREMENTIONED & WAS TRANSPORTED TO THE WALK-IN CLINIC SHORTLY THEREAFTER. THE DOCTORS DIAGNOSIS WAS A SIMPLE INFECTION. THE DOCTOR LANCED MY FINGER (R-INDEX), APPLIED IODINE / BETADINE, WRAPPED IT & I WAS RETURNED TO THE S.O.. THE MEDICATION Rx WAS TRAMADOL & BACTRUM.

A WEEK LATER THE INFECTION IN MY FINGER PERSISTED, SWOLE TO @ LEAST

SEE NEXT PAGE

3 x NORMAL SIZE. I THEN WROTE ANOTHER
MEDICAL COMPLAINT n WAS RETURNED to
THE CLINIC WHERE I WAS REFERED TO AN
ORTHORPEDIC SPECIALIST, DR. YOUNG.
DR. YOUNG ORDERED AN X-RAY n HE
DETERMINED THAT I HAD MULTIPALE
FRACTURES TO RIGHT INDEX FINGER,
ALONG WITH AN INFECTION IN THE FRACTURE.
DR. YOUNG $R_x$ WAS AN I.V. ANTIBOTIC
GIVEN @ THE HOSPITAL, ST. VINCENT.
I STAYED IN THE HOSPITAL FOR APPROX.
I WEEK n THEN DETERMED THAT I
AUCTUALLY HAD A MRSA INFECTION INSIDE
MY BONE. HE n I DISCUSSED THE
POSSIBLITY OF AMPUTATION OF MY RIGHT
INDEX FINGER. IT WAS APPROX. 48 HRs.
LATER THAT DR. YOUNG DECIDED to AMPU-
TATE THE 1st DIGIT OR MY RIGHT INDEX
FINGER DUE to THE MRSA INFECTION.
I WAS SCHEDULED FOR SURGERY n

NEXT PAGE PLEASE

INMATE GRIEVANCE ATTACHMENT

TO: WHOM IT MAY CONCERN

RE: DEVAN V. TURNER ( #47476

SUBJECT: MEDICAL / MRSA INFECTION

4044

My FINGER DIGIT REMOVED.

I BELIEVE THE INFECTION SET IN WHILE IN JAIL DUE TO THE NEGLIGENCE OF THE STAFF HERE @ THE S.O. . WHEN I COMPLAINED TO DEPUTIES NO ACTION WAS TAKEN. UPON INTAKE, NO ACTION WAS TAKEN BY DEPUTIES. THE 3 WEEKS PRIOR TO BEING TAKEN TO THE DOCTOR WAS PARAMOUNT TO THE END RESULT OF AMPUTATION.

THANK YOU FOR YOUR TIME & ATTENTION IN THIS MATTER. YOU ARE APPRECIATED VERY MUCH.

RESPECTFULLY SUBMITTED —

X Devan D. Tur



## INMATE REQUEST

☐ JUVENILE DETENTION CENTER      ☑ ADULT DETENTION CENTER

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.*

---

☐ **Chief Deputy of Corrections**
Jefe Adjunto de Prisiones

☑ **Captain**
Capitán

☐ **Chaplain**
Capellán

☐ **Reading Library**
Biblioteca para lectura

☐ **Notary Service**
Servicio de Notario

☐ **Property**
Propiedad

☐ **Court Information**
Información de la corte

☐ **Visitation**
Visitas

---

☐ **Other** _____
Otro

☐ **Commissary**
Comisario

---

**Name (Print):** TURNER, DAGAN
Nombre (Letra de molde)

**Date of Birth:** 2-8-71
Fecha de Nacimiento

**Date:** 12-9-14
Fecha

**Housing Unit:** D-113
Unidad de Vivienda

**State the reason for submitting this request:**
Explique la razón porque presenta esta solicitud:
On 12-7-14 I filed a
grievance concerning my medical
situation and have not recieved it
back yet. officer Braswell signed it
and was to turn it in. could you please
look into this for me.

---

**Request received by (Print):** Coatney     **Badge Number:** 133     **Signature:** Coatney     **Date:** 12-10-14

**Official Response:**
Respuesta Oficial:
You Grievance, is being processed.
Still pending a disposition.

**Official's Name (Print):** Cpl A Mann     **Badge Number:** 115     **Official's Signature:** _____     **Date:** 12-11-14

# MEDICAL COMPLAINT

INMATE NAME TURNER, DAGAN          DATE 12-12-14

CELL BLOCK D-113          DATE OF BIRTH 2-8-71

DATE OF PROBLEM 12-12-14

TYPE OF PROBLEM I just had my MEDS filled for my pain
due to amputated fingers, yet you have sent me
a half of a pill. I need at least (1) pain
pill every (4) hours. Please fix this

Officer picking up complaint Dep. Lacy          Date / Time 12-12-14

Did officer verify complaint? YES_____ NO __X__

Did officer give medication to take care of complaint? _____ If so, what? _____

Does officer, in his judgement, feel that inmate needs to be seen by doctor _____ dentist _____?

yes, why? Mr. Turner, The Rx said ½ tab
to 2 tabs - must last 7 days -
Since I was not here, that is why
they filled ½ tab. I fixed it to

Shift Supervisor 1 tab 4x's daily

M Leeves
12-15-14

Supervisor's Signature _____          Date / Time Received _____

NOTES _____

 

**GARLAND COUNTY**
**SHERIFF'S OFFICE**
*Detention Center*

## INMATE GRIEVANCE FORM

Disposition: *Not Processed*

Grievance Log #_____

| Inmate Name: DAGAN TURNER | Cell/Bunk Number: #A113 |
|---|---|
| Date: 12/12/14 @ 10:11 | Grievance: \_\_\_\_\_ Appeal: ✓ (On Back) |

Problem:

*PLEASE SEE REVERSE SIDE*

John Patrick ? other inmate needs to fill his portion

Inmate Signature: X *Dagan M. T.* — Identification # #47476

Completed by: *Dagan Turner* — Date: 12/12/14 Time: 10:11

(Staff use only)
Response: *Not Processed / This grievance was not written, nor Completed by I/M Turner.*

Name of Responder: *Sgt. ___ 115*   Date of Response: 12-23-14

Inmate Notified: Date: _____  Time: _____  How: _____



*A113*

# INMATE GRIEVANCE FORM

Disposition: _____          Grievance Log # _____

Forwarded to the Shift Commander?  (Check One)  Yes _____  No _____
Forwarded to the Security Director?  (Check One)  Yes _____  No _____

Response: _____
_____
_____
_____
_____

Responders Name: _____  Date & Time: _____

### (This Section for Appeals ONLY)

(Appeal) IT IS MY CONTENTION THAT THE S.O. IS
NEGLIGENT & IS RESPONSIBLE FOR THE AMPUTATION
OF MY RIGHT INDEX DIGIT BECAUSE, UPON INTAKE,
I NOTIFIED THE DEPUTY THAT MY RIGHT INDEX
FINGER WAS IN FACT INJURED & NEEDS MEDICAL
ATTENTION. HOWEVER, IT WAS @ LEAST 3 WEEKS
BEFORE I WAS SEEN BY A NURSE/DOCTOR.

Inmate Signature: X _____  Date: 10/13/14
@ 10:11

Security Director Response: _____
_____
_____
_____
_____
_____

Security Director
Signature: _____  Date: _____




**Garland County**
**SHERIFF'S OFFICE**
Detention Center

## INMATE GRIEVANCE FORM

Disposition: __Partially Valid__

Grievance Log # __M-12-064__

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-D-107 |
|---|---|
| Date: 12-23-14 | Grievance: X    Appeal: _____ (On Back) |

Problem: GRIEVANCE 10 #14-12-020 WAS PROCESSED on 12-11-14 BY M. REEVES (MEDICAL) I HAVE COPIES of HER RESPONSE. AT THAT time it WAS not a problem that SOMEONE helped ME fill out THE GRIEVANCE (DUE to MY finger on my right hand being Amputated) Now that MY APPEAL HAS been Submitted why now is it not ProCESSED!

Inmate Signature: Dagan Y. T

Identification # 47476

Completed by: DAGAN TURNER    Date: 12-23-14    Time: @ 2:07 P.M.

---

(Staff use only)
Response: __SEE Attached__

_____

_____

_____

_____

_____

_____

Name of Responder: [signature] HS

Date of Response: __12-24-2014__

Inmate Notified: Date: _____    Time: _____    How: _____

 

GARLAND COUNTY
SHERIFF'S OFFICE
Detention Center

# INMATE GRIEVANCE FORM

Disposition: _____                            Grievance Log #_____

Forwarded to the Shift Commander?   (Check One)   Yes _____  No _____
Forwarded to the Security Director?   (Check One)   Yes _____  No _____

Response: _____
_____
_____
_____
_____
_____

Responders Name: _____    Date & Time: _____

**(This Section for Appeals ONLY)**

Appeal: _____
_____
_____
_____
_____
_____
_____

Inmate Signature: _____    Date: _____

Security Director Response: _____
_____
_____
_____
_____
_____

Security Director
    Signature: _____    Date: _____



# INMATE GRIEVANCE FORM

Disposition: Partially Valid

Grievance Log # 14-12-061

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-B-107 |
|---|---|

| Date: 12-19-14 | Grievance: X | Appeal: (On Back) |
|---|---|---|

Problem: ON 12-12-14 I GAVE DEPUTY Hendrix (@ 11:05 A.M.) my GRIEVANCE Appeal TO grievance # 14-12-020, TO my UNDERStanding the window to process is 72 HOURS. Would you please look into this matter. Thank you,

Inmate Signature: Dagan T                Identification # 47476

Completed by: Dagan TURNER  Date: 12-19-14  Time: 11:00 P.M.

**(Staff use only)**

Response: The appeal Mentioned above, Was not processed because it wasn't written, Nor Completed by the Grievant.

You May have Someone write A Grievance on your behalf if you are unable to, but it Must be documented Who Completed it.

Name of Responder: Sgt ____ 115         Date of Response: 12-23-14

Inmate Notified: Date: _____ Time: _____ How: _____





# INMATE GRIEVANCE FORM

Disposition:_____                    Grievance Log #_____

    Forwarded to the Shift Commander?  (Check One)  Yes _____  No _____
    Forwarded to the Security Director?  (Check One)  Yes _____  No _____

    Response: _____
_____
_____
_____
_____
_____

Responders Name: _____  Date & Time: _____

## (This Section for Appeals ONLY)

    Appeal: _____
_____
_____
_____
_____
_____
_____

Inmate Signature: _____  Date: _____

Security Director Response: _____
_____
_____
_____
_____
_____

    Security Director
      Signature: _____  Date: _____

# INMATE GRIEVANCE FORM

Disposition: _Partially Valid_

Grievance Log # 14-12-02(
14-12-049

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1 - D - 107 |
|---|---|

| Date: 12-22-14 | Grievance: _____ | Appeal: (On Back) ✕ |
|---|---|---|

Problem:

_____

_____

_____

_____

_____

_____

Inmate Signature: _____  Identification # _____

Completed by: _____ Date: _____ Time: _____

(Staff use only)
Response:  ANSwered W/ G# 14-12-061

_____

_____

_____

_____

Name of Responder: Sgt W/Mann 115   Date of Response: 12-23-14

Inmate Notified: Date: _____ Time: _____ How: _____




# INMATE GRIEVANCE FORM

*D 167*

Disposition: _____

Grievance Log # 14-12-02

Forwarded to the Shift Commander? (Check One) Yes _____ No _____
Forwarded to the Security Director? (Check One) Yes _____ No _____

Response: _____

_____

_____

_____

_____

Responders Name: _____ Date & Time: _____

## (This Section for Appeals ONLY)

Appeal: ON 12-12-14 DEPUTY Hendrix recieved my appeal to
grievance log# 14-12-020 @ 11:05 A.M. in 1-D cellblock.
As I understand the G.C.S.O. policy is 72 HRS.
to respond to inmate grievance & or Appeals. I'AM
trying to Exhaust my institutional remedies AS by
FEDERAL guidelines yet for some reason no one wants
to give me A response to my Appeal to grievance #
14-12-02e

Inmate Signature: _____ Date 12-22-14

Security Director Response: _____

_____

_____

_____

_____

_____

Security Director
Signature: _____ Date: _____



# Detention Center

**To: Turner, Dagan**

**From: Sergeant A. Mann 115**

**Date: December 24, 2014**

**Subject:** Reference-(Grievance Log #14-12-064 (Appeal))          **Disposition: N/A**

Inmate Turner,

This is **NOT** an official response to your Appeal for Grievance 14-12-064.

1. All Grievances and Appeals are processed by the Grievance Coordinator. That does not necessarily mean the Grievance Coordinator responds to all Grievances.
2. The Grievance Coordinator merely keeps track of the Grievances and Appeals, and distributes them to the appropriate person for a response, and disposition.
3. Only the Security Director or Chief Deputy can answer the Appeals.
4. Both Appeals recently submitted on December 24,2014, have been processed and forwarded to the Security Director (Captain Branstetter) for a response, and disposition.

If you have any further questions, feel free to inquire.

Regards,

Sergeant A. Mann 115




# Detention Center

**To: Turner, Dagan**

**From: Sergeant A. Mann 115**

**Date: December 19, 2014**

**Subject: Grievance Log #14-12-033**　　　　　　　　**Disposition: Not Processed**

Inmate Turner,

Your Grievance was not processed for the following reason(s):

I. Improper use of the space provided on the Grievance Form. Inmates are allotted space on the form to document their issue. Writing in the space provided to staff will result in discontinuing of the Grievance Process.

II. If you have someone write a Grievance on your behalf, this person needs to complete the "Completed By" section of the Grievance Form.

If you have any further questions, feel free to inquire.

Regards,

**Sergeant A. Mann 115**



**GARLAND COUNTY**
**SHERIFF'S OFFICE**
DETENTION DIVISION



## INMATE REQUEST

☐ JUVENILE DETENTION CENTER          ☑ ADULT DETENTION CENTER

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.*

---

☐ **Chief Deputy of Corrections**
Jefe Adjunto de Prisiones

☐ **Property**
Propiedad

☑ **Captain**
Capitán

☐ **Reading Library**
Biblioteca para lectura

☐ **Court Information**
Información de la corte

☐ **Chaplain**
Capellán

☐ **Notary Service**
Servicio de Notario

☐ **Visitation**
Visitas

☐ **Other**_____
Otro

☐ **Commissary**
Comisario

---

Name (Print): DAGAN TURNER
Nombre (Letra de molde)

Date of Birth:_____
Fecha de Nacimiento

Date: 12/18/14 @ 11:10  Housing Unit: #D107
Fecha                            Unidad de Vivienda

State the reason for submitting this request:
Explique la razón porque presenta esta solicitud: GOOD MORNING CAPTAIN. I AM
REQUESTING A COPY OF MY INTAKE MEDICAL
QUESTIONAIRE THAT WAS TAKEN UPON THE
INITAL BOOKING PROCESS.

THANK YOU SIR
X Dagan Turner

J Morgan                342              J Morgan              12-18-14
Request received by (Print)    Badge Number         Signature              Date

Official Response:
Respuesta Oficial:

_____
_____
_____
_____
_____
_____
_____

Official's Name (Print)       Badge Number      Official's Signature       Date

**SAVE** **CANCEL** **RESET** **? HELP**

**Right-Click for Options**

## Booking Master

| Book Info | Person | Property | IDs | S.M.T. | Offenses | **Medical** | Actions | Vehicle | PREA | Suicide | Custody Tree | Documents | Imaging |

**Medical**

3748-14 TURNER,DAGAN VARDAGALEN 1D-107 Bunk #1 IN CELL    OCA#-2001-0

**Visited Medical** ☑
**Medical Information**

| | | | | | |
|---|---|---|---|---|---|
| **Heart Trouble** | NO ☑ | **High Blood Pressure** | NO ☑ | **Asthma** | NO ☑ |
| **TB** | NO ☑ | **Epilepsy / Seizures** | NO ☑ | **VD** | NO ☑ |
| **Alcoholism** | NO ☑ | **Drug Addiction** | NO ☑ | **Attempted Suicide** | NO ☑ |
| **Special Diet** | NO ☑ | **Pregnant** | NO ☑ | **Bleeding** | NO ☑ |

CUT ON RIGHT HAND

**If yes to any give date, treatment and doctor**

**Evidence of recent injuries to inmate**

**Do you have any medications or problems that need attention**

**How were injuries received accoring to inmate**

**Was inmate treated for these injuries prior to admission**

**Are you allergic to any medications**

**Do you have any physical or mental disabilities?**

| # | **Prescription Drug** | **Dosage** |
|---|---|---|
| 1 | | |

◄◄ ◄ ► ►► Go To  of 0 Lines

| # | **TB Test Date** | **Officer** |
|---|---|---|
| 1 | | ☑ |

◄◄ ◄ ► ►► Go To  of 0 Lines

CUT ON RIGHT HAND

**Comments**

**Entering Officer**  STELL,MERCEDES ☑




**Detention Center**

# INMATE GRIEVANCE FORM

Disposition: Not Valid

Grievance Log # 14-12-066

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-D-107 |
|---|---|
| Date: 12-23-14 | Grievance: X    Appeal: ____ (On Back) |

Problem: 10 f 4

> SEE ATTACHMENT

Inmate Signature: Dagan D. T_____    Identification # 47476

Completed by: DAGAN TURNER  Date: 12-23-14  Time: @ 11:58 A.M.

**(Staff use only)**

Response: MR Turner, first Im sorry to hear about the medical condition you have incurred. Fortunatley as you have stated we were able to provide you with medical assistance and even hospitalization for your condition. If you feel that you need further medical assistance, please feel free to contact our medical staff, as this is the procedure for seeking medical treatment at our facility.

Name of Responder: Lt. Cualy    Date of Response: 12-24-14

Inmate Notified: Date: _____    Time: _____    How: _____

> INMATE GRIEVANCE ATTACHMENT <
TO: Whom it may concern
RE: DAGAN VARDA GALEN TURNER / #47476
SUBJECT: MEDICAL / NEGLIGENCE / MRSA Infection

ON OR About 10/03/14 I DAGAN TURNER WAS
BOOKED into THE G.C.S.O. Detention Center.
Upon the intake process I WAS ASKED A SET of
meDical questions in which I indicated
that I had An injury to my Right hand,
Which was Documented @ that time by
the Deputy.
     Approximately 3-4 WEEKS later An
infection set in-my hand got WORSE. I wrote
A meDical Complaint in reguards to the
AFOREMENTIONED - and WAS transported to the
WALK-in clinic Shortly thereAfter. The
DOCTORS DiAgNoSis WAS A simple infection. The
Doctor Lanced my finger (R-inDEX) AppliED
iODiNE/BETADINE, WRApped it & I WAS
RETURNED to the S.O. The meDication RX
WAS TRAMADOL and BACTRUM. A WEEK
lATER the infection in my finger persisted
AnD SwolE to @ least 3 X normal Size.

> NEXT PAGE PLEASE <

INMATE GRIEVANCE Attachment

TO: Whom it may concern
RE: DAGAN VARDA GALEN TURNER
SUBJECT: MEDICAL/NEGLIGENCE/MRSA Infection

I THEN WROTE ANOTHER MEDICAL complaint and WAS RETURNED to the WALK-in clinic where I WAS REFERED to AN ORTHORPEDIC SPECIALIST DR. M. YOUNG. DR. YOUNG ORDERED AN X-RAY and HE DETERMINED that I had multipale FRACTURES to Right index finger. Along with an infection in the facture. DR. YOUNG Rx WAS An I.V. Antibiotic given @ ST. Vincent Mercy hospital I STAYED in the Hospital (chained to bed w/ Leg restraints most of this time) for APPROX. 1 WEEK and it WAS DETERMINED THAT I aeactually HAD A MRSA infection inside my BONE Right index finger. HE & I DISCUSSED the POSSIBLITY of Amputation of my Right index finger. APPROX 48 HRS. LATER DR. YOUNG DECIDED to Amputate the 1st Digit of my Right index finger DUE to the MRSA infection. I WAS SCHEDULED for SURGERY & my Right

Digit finger was removed.

I BELIEVE the infection set IN while iN JAIL, DUE to THE NEGLIGENCE of THE STAFF HERE @ G. C. S. O. WHEN in fact I did complain and WAS documented that I had said injury to Right hand. NO Action WAS taken by DEPUTIES OR MEDICAL upon my complaint during the booking process. THE 3 WEEKS PRIOR to BEING taken to the DOCTOR WAS PARAMOUNT to the END RESULT of my Right index finger being AmpuTATED.

Thank you for your time AND ATTENtion iN this MATTER. You ARE Appreciated VERY MUch.

Submitted By,
Dagan G. T___



## INMATE GRIEVANCE FORM

Appeal 1

Disposition: *Not Valid*

Grievance Log # 14-12-066

| Inmate Name: TURNER, DAGAN | Cell/Bunk Number: 1-D-107 |
|---|---|

| Date: 12-24-14 | Grievance: _____ Appeal: X (On Back) |
|---|---|

Problem:

_____

_____

_____

_____

_____

Inmate Signature: Dagan G. T_____ Identification # 47476

Completed by: DAGAN TURNER Date: 12-24-14 Time: 11:45 A.M.

**(Staff use only)**
Response:

_____

_____

_____

_____

_____

_____

_____

Name of Responder: _____     Date of Response: _____

Inmate Notified: Date: _____ Time: _____ How: _____



# INMATE GRIEVANCE FORM

Disposition: _Not Valid_          Grievance Log # _14-12-066_

Forwarded to the Shift Commander?  (Check One)  Yes _____ No _____
Forwarded to the Security Director? (Check One)  Yes _____ No _____

Response: _____
_____
_____
_____
_____

Responders Name: _____ Date & Time: _____

### (This Section for Appeals ONLY)

Appeal: ⟩ SEE ATTACHED (IN FILE)
THIS GRIEVANCE IS TOTALLY VALID SINCE I
DO HAVE Proof THAT UPON MY inital
intaKE PRocecs I informed booking
Deputy of injury to Right hand. THAT infor-
mation WAS NoT Velayed OR looKED into
By Deputy/medical Staff.

Inmate Signature: _____ Date: _12-24-14_

Security Director Response: _Mr. Turner,_
Our medical staff responded promptly and proffessionally to
your medical needs as soon as you requested medial
attention.

Security Director
Signature: _Cpt. R. Brantetter_          Date: _1-2-15_